UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW OWEN CHRAPPA SPOOL,

                Plaintiff,                        21 **CIVIL** 353 (BCM)

-v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 21, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrate proceedings, including offering plaintiff the opportunity for a new hearing.

**Dated:**  New York, New York
          September 21, 2021

                                                   **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                              **BY:**
                                                     **Deputy Clerk**